CHRISTOPHER E. PRINCE (SBN 183553)
   cprince@lesnickprince.com
LAUREN N. GANS (SBN 247542)
   lgans@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
315 W. Ninth Street, Suite 705
Los Angeles, CA 90015
Telephone: (213) 493-6496
Facsimile:  (213) 493-6596

Attorney for Defendant
Dixon Slingerland

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:19-bk-23085-BB |
| YOUTH POLICY INSTITUTE, INC., | Chapter 7 |
| Debtor. | Adversary No.: 2:21-ap-01221-BB |
| JASON M. RUND, Chapter 7 Trustee, | **STIPULATION REGARDING MEDIATION** |
| Plaintiff, | |
| v. | |
| DIXON SLINGERLAND; STEVEN SCHULTZ; SUZANNE STEINKE; SUZANNE M. STEINKE A PROFESSIONAL CORPORATION; HILL MORGAN AND ASSOCIATES, LLP, | [No Hearing Required] |
| Defendants. | |

Plaintiff Jason M. Rund, in his capacity as chapter 7 trustee of Youth Policy Institute, Inc. (the "Trustee" of "YPI") and Defendant Dixon Slingerland ("Slingerland") stipulate as follows:

1. The parties in the above-captioned adversary proceeding were ordered to mediation and selected Leonard L. Gumport to serve as their mediator. [See, Order, Docket No. 31.] The parties were unable to resolve their disputes at mediation, and Mr. Gumport submitted a certificate of conclusion of mediation assignment. [Mediator's Certificate, Docket No. 42.]

2. The Trustee and Slingerland wish to continue settlement discussions with the assistance of Mr. Gumport and the confidentiality provisions of the Bankruptcy Court's Third Amended General Order No. 95-01.

3. Counsel for the Trustee and counsel for Slingerland have contacted Mr. Gumport, and Mr. Gumport has agreed to continue in his role as mediator.

4. Concurrent with this stipulation, Slingerland will lodge a draft order appointing Mr. Gumport.

DATED: May 27, 2022        LESNICK PRINCE & PAPPAS LLP

By: /s/ Christopher E. Prince
    Christopher E. Prince
    Attorney for Defendant Dixon Slingerland

DATED: May 27, 2022        THE LAW OFFICE OF PHILIP DRACHT

By: /s/ Philip D. Dracht (signed with permission)
    Philip D. Dracht
    Attorney for Plaintiff Jason M. Rund,
    Chapter 7 Trustee for Youth Policy

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Lesnick Prince & Pappas LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION REGARDING MEDIATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/27/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Keith Patrick Banner**    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- **Philip D Dracht**    pdracht@drachtlaw.com
- **Steven Goldsobel**    steve@sgoldsobel.com, vandad@sgoldsobel.com
- **Hayes F Michel**    hmichel@krakowskymichel.com
- **Christopher E Prince**    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- **Jason M Rund (TR)**    trustee@srlawyers.com, jrund@ecf.axosfs.com
- **Summer M Shaw**    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 05/27/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Honorable Barry Russell<br>Mediation Program Administrator<br>255 E. Temple St., Suite 1660<br>Los Angeles, CA 90012 | Leonard L. Gumport<br>Gumport Law Firm, PC<br>225 S. Lake Ave., Suite 300<br>Pasadena, CA 91101 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/27/2022 | Janet A. Mack | /s/Janet A. Mack |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE