| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| CHRISTOPHER E. PRINCE (SBN 183553)<br>  cprince@lesnickprince.com<br>LAUREN N. GANS (SBN 247542)<br>  lgans@lesnickprince.com<br>LESNICK PRINCE & PAPPAS LLP<br>315 W. Ninth Street, Suite 705<br>Los Angeles, CA  90015<br>Telephone:     (213) 493-6496<br>Facsimile:     (213) 493-6596<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*  Defendant Dixon Slingerland | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>                                          Debtor(s). | CASE NO.: 2:19-bk-23085-BB<br>CHAPTER: 7<br>ADVERSARY NO.: 2:21-ap-01221-BB |
|---|---|
| JASON M. RUND, Chapter 7 Trustee,<br><br>                                          Plaintiff(s),<br><br>vs.<br><br>DIXON SLINGERLAND; STEVEN SCHULTZ; SUZANNE STEINKE; SUZANNE M. STEINKE A PROFESSIONAL CORPORATION; HILL MORGAN AND ASSOCAITES, LLP,<br><br>                                          Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]):  STIPULATION REGARDING MEDIATION |

PLEASE TAKE NOTE that the order or judgment titled ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR

was lodged on (*date*) 05/27/2022 and is attached.  This order relates to the order which is docket number  44  .

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| CHRISTOPHER E. PRINCE (SBN 183553)<br>   cprince@lesnickprince.com<br>LAUREN N. GANS (SBN 247542)<br>   lgans@lesnickprince.com<br>LESNICK PRINCE & PAPPAS LLP<br>315 W. Ninth Street, Suite 705<br>Los Angeles, CA  90015<br>Telephone:      (213) 493-6496<br>Facsimile:      (213) 493-6596<br><br>*Attorney for* Defendant Dixon Slingerland | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>                                                Debtor(s). | CASE NO.: 2:19-bk-23085-BB<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: 2:21-ap-01221-BB |
|---|---|
| JASON M. RUND, Chapter 7 Trustee,<br><br>                                                Plaintiff(s),<br><br>vs.<br><br>DIXON SLINGERLAND; STEVEN SCHULTZ; SUZANNE STEINKE; SUZANNE M. STEINKE A PROFESSIONAL CORPORATION; HILL MORGAN AND ASSOCAITES, LLP,<br><br>                                                Defendant. | **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☐ **EXHIBIT ATTACHED**<br><br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |

This *adversary proceeding of Rund v. Slingerland et al.*
          (Adversary proceeding/name of dispute in main case)

is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

Mediator:                                                                                  Alternate mediator:

Leonard Gumport                                                                    _____
Name                                                                                         Name

Gumport Law Firm, PC                                                            _____
Firm name                                                                                  Firm name

225 S. Lake Ave., Suite 300                                                     _____
Address                                                                                     Address

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                                    Page 1                                                    **F 702**

Pasadena, CA 91101
City, state, zip code

(626) 432-7283
Telephone

_____
Facsimile

lgumport@gumportlaw.com
Email address

_____
City, state, zip code

_____
Telephone

_____
Facsimile

_____
Email address

The attorneys for the parties are:

Attorneys for Jason M. Rund:

Keith Patrick Banner
Name

Greenberg Glusker, et al.
Firm name

1900 Avenue of the Stars, 21st Floor
Address

Los Angeles, CA 90067
City, state, zip code

(310) 553-3610
Telephone

(310) 553-0687
Facsimile

kbanner@greenbergglusker.com
Email address

-AND-

Philip D. Dracht
Name

Law Office of Philip Dracht
Firm name

15 W. Carrillo St.
Address

Santa Barbara, CA 93101
City, state, zip code

(805) 962-8802
Telephone

_____
Facsimile

pdracht@drachtlaw.com
Email address

Attorney for Dixon Slingerland:

Christopher E. Prince
Name

Lesnick Prince & Pappas LLP
Firm name

315 W. Ninth St., Suite 705
Address

Los Angeles, CA 90015
City, state, zip code

(213) 291-8984
Telephone

(213) 493-6596
Facsimile

cprince@lesnickprince.com
Email address

**[Attach additional page(s) if necessary.]**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                           Page 2                                           **F 702**

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
    - ☐ Objection to plan confirmation
    - ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference
5. ☐ Fraudulent transfer
6. ☐ Lien avoidance
7. ☐ Dischargeability
    Specify grounds:_____

8. ☒ Other. Please specify: Adversary proceeding

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☒ If more than $10,000,000,
    state amount: $ 14,245,518.72
10. ☐ Money not at issue.

Instructions from the Court:

1. Re: filing and service of this Order:

    a. If Order is submitted to court by party(ies)

        (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

        (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, and (b) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                   Page 3                                   F 702

mediator, the mediation program administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

    b.   <u>If Order is prepared by the judge:</u>

        (1)  The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell):_____

        (2)  The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

_____

        (3)  The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2.   <u>Other: [Attach additional page(s) if necessary.]</u>

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

IT IS SO ORDERED:

###

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017            Page 4            **F 702**



**Adversary LODGED ORDER UPLOAD FORM**

Friday, May 27, 2022

CONFIRMATION :

Your Lodged Order Info:
( **11179353.docx** )
A new order has been added

- **Office**: Los Angeles
- **Case Title**: RUND v. Slingerland et al
- **Case Number**: 21-01221
- **Judge Initial**: BB
- **Case Type**: ap ( Adversary )
- **Document Number**: 44
- **On Date**: 05/27/2022 @ 12:02 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Lesnick Prince & Pappas LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/27/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Keith Patrick Banner**   kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- **Philip D Dracht**   pdracht@drachtlaw.com
- **Steven Goldsobel**   steve@sgoldsobel.com, vandad@sgoldsobel.com
- **Hayes F Michel**   hmichel@krakowskymichel.com
- **Christopher E Prince**   cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- **Jason M Rund (TR)**   trustee@srlawyers.com, jrund@ecf.axosfs.com
- **Summer M Shaw**   ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 05/27/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell
Mediation Program Administrator
255 E. Temple St., Suite 1660
Los Angeles, CA 90012

Leonard L. Gumport
Gumport Law Firm, PC
225 S. Lake Ave., Suite 300
Pasadena, CA 91101

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/27/2022 | Christopher E. Prince | /s/Christopher E. Prince |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*         Page 2         **F 9021-1.2.ADV.NOTICE.LODGMENT**