| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Philip D. Dracht (219044)<br>Dracht Law, PC<br>15 W. Carrillo St.<br>Santa Barbara, CA  93202<br>pdracht@drachtlaw.com<br>Telephone: (805) 979-8802<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff Jason M. Rund | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION**

| In re:<br>YOUTH POLICY INSTITUTE, INC.,<br><br><br><br>Debtor(s). | CASE NO.:    2:19-bk-23085-BB<br><br>ADVERSARY NO.:  2:21-ap-01221-BB<br><br>CHAPTER:    7 |
|---|---|
| JASON M. RUND, Chapter 7 Trustee<br><br><br>Plaintiff(s).<br>vs.<br>DIXON SLINGERLAND; STEVEN SCHULTZ; SUZANNE STEINKE; SUZANNE M. STEINKE A PROFESSIONAL CORPORATION; HILL MORGAN AND ASSOCIATES, LLP<br>Defendant(s). | **JOINT STATUS REPORT
[LBR 7016-1(a)(2)]**<br><br>DATE:    11/14/2022<br>TIME:    2:00 p.m.<br>COURTROOM:  1539<br>ADDRESS:   255 E Temple St., Crtrm 1539, Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A.  PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?  ☒ Yes  ☐ No
3. Have all motions addressed to the Claims Documents been resolved?  ☒ Yes  ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?  ☒ Yes  ☐ No

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                Page 1                                                **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| November 2023 | November 2023 |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Parties have been attempting to mediate a resolution of this dispute | Parties are in mediation. The Debtor is defunct. Extensive third party discovery, as well as expert witness discovery will be required. |

3. When do you expect to complete <u>your</u> discovery efforts?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| 30 days prior to trial | Fact discovery - 60 days prior to trial<br>Expert Witness discovery - 30 days prior to trial |

4. What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Depositions of defendants; third party depositions; additional time beyond 7 hours for the depositions of Defendants Slingerland and Schultz (Rule 30(d)(1); 3rd Party depositions of DOE representatives | Numerous depositions and third party subpoenas. Written discovery to Plaintiff. Expert discovery; It is premature to address the need for more than 7 hours for Schultz and/or Slingerland's depositions |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Unknown because of limited discovery | Unknown because of limited discovery to date. |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Unknown because of limited discovery | Unknown because of limited discovery to date. |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Unknown at this time given undertainties as to factual and foundational stipulations | Unknown |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is  ☐ is not  requested | Pretrial conference ☒ is  ☐ is not  requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set <u>after</u>: | Pretrial conference should be set <u>after</u>: |
| (*date*) 09/01/2023 | (*date*) _____ |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

   The parties continue to mediate the dispute.  The parties will inform the Court of the settlement status at the hearing

2. Has this dispute been formally mediated?    ☒ Yes    ☐ No
   If so, when?
   May 2, 2022 and continuing.

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes    ☒ No | ☐ Yes    ☒ No |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*  Page 3  **F 7016-1.STATUS.REPORT**

**F.  FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

|  Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☒ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G.  ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Counsel for Plaintiff has determined that given the complexity of the factual allegations, the potential defenses, and the number corroberating witnesses and documents, that a truncated trial schedule is simply not possible under the circumstances.

Respectfully submitted,

| | |
|---|---|
| Date: 11/01/2022 | Date: 11/01/2022 |
| Dracht Law, PC | Law Offices of Steven Goldsobel, APC |
| Printed name of law firm | Printed name of law firm |
| /s/Philip D. Dracht | s/ Steven Goldsobel ** |
| Signature | Signature |
| Philip D. Dracht | Steven M. Goldsobel |
| Printed name | Printed name |
| Attorney for: Plaintiff Jason M. Rund | Attorney for: Steven Schultz |

** Filing counsel has consent to e-file signature and will retain those records as required by local rules

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                        Page 4                                        **F 7016-1.STATUS.REPORT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
15 W. Carrillo St. Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/01/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Keith Patrick, Banner, Philip D. Dracht, Steven Goldsobel, Hayes F. Michel, Christopher E. Prince, Summer M. Shaw

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/01/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Sheri Bluebond, U.S. Bankruptcy Court Roybal Federal Building, 255 E. Temple Street, Suite 1534; Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/01/2022 | Philip D. Dracht | /s/Philip D. Dracht |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.