## JOINT STATUS REPORT – ADDITIONAL PARTY ATTACHMENT

Additional party name: Dixon Slingerland

☐ Plaintiff    ☒ Defendant    Other (*specify*): _____

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
   September 2023

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
   The parties have held extensive settlement discussions (including multiple mediation sessions) among the parties and their insurers. Also, the case involves complex issues of facts and law, including extensive electronic and other discovery.

3. When do you expect to complete *your* discovery efforts?
   30 days prior to the pretrial conference.

4. What additional discovery do you require to prepare for trial?
   2 additional rounds of written discovery as well as extensive third parties discovery (both documents and live testimony) as well as expert discovery.

**C. TRIAL TIME:**

1. What is your estimate of the time required to present *your side of the case* at trial (*including rebuttal stage if applicable*)?
   5 to 10 days.

2. How many witnesses do you intend to call at trial (*including opposing parties*)?
   Unknown

3. How many exhibits do you anticipate using at trial?
   Unknown

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pretrial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Pretrial conference    ☒ is    ☐ is not   requested.
Reasons:_____
_____

Pretrial conference should be set after (*date*): 07/01/2023

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    **F 7016-1.STATUS.REPORT.ATTACH**

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

    Ongoing

2. Has this dispute been formally mediated? ☒ Yes ☐ No
   If so, when?
   Multiple occasions

3. Do you want this matter sent to mediation at this time? ☐ Yes ☒ No

F. **FINAL JUDGMENT/ORDER:**
Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

I ☒ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Lesnick Prince & Pappas LLP
Printed name of law firm

_[signature]_
Signature

Christopher E. Prince
Printed name

Attorney for: Dixon Slingerland

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 7016-1.STATUS.REPORT.ATTACH