PHILIP D. DRACHT (State Bar No. 219044)
DRACHT LAW, PC
15. W. Carrillo St.
Santa Barbara, CA 93101
Telephone: (805) 979-8802
Facsimile: (805) 613-6607
Email: pdracht@drachtlaw.com

Attorney for Plaintiff
Jason M. Rund, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Adv. No. 2:21-ap-01221BB |
| YOUTH POLICY INSTUTE, INC., | Hon. Sheri Bluebond |
| Debtor. | [PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |
| JASON M. RUND, Chapter 7 Trustee | |
| Plaintiff, | |
| v. | |
| DIXON SLINGERLAND; STEVEN SCHULTZ; SUZANNE STEINKE; SUZANNE M. STEINKE A PROFESSIONAL CORPORATION; HILL MORGAN AND ASSOCIATES, LLP | Complaint Served:    November 8, 2021 |
| Defendants. | |

**ORDER**

**ORDER**

The parties having stipulated and good cause appearing, IT IS SO ORDERED that the above captioned action, including all claims brought, is dismissed in its entirety, with prejudice, each side to bear its own costs and attorneys fees.

///

///

///

- 1 -

**ORDER**